1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Lynne K. McChrystal
   Nevada State Bar No. 14739
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email: deverie.christensen@jacksonlewis.com
   Email: lynne.mcchrystal@jacksonlewis.com
6
   *Attorneys for Defendant*
7  *Silsam, Inc. d/b/a Rebel Party Rentals*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11 | NICOLE GRIFFIN, an individual, | Case No. 2:20-cv-02316-JAD-BNW |

                Plaintiff,          **STIPULATION AND ORDER FOR**
12                                   **DISMISSAL WITH PREJUDICE**

13            vs.

14 SILSAM, INC. DBA REBEL PARTY RENTALS,
   a limited liability company,              ECF No. 33

15                Defendant.

16

17

18        IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective

19 counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

attorneys' fees and costs.

Dated this 7th day of April 2021.

ACKERMANN & TILAJEF, P.C.

_____*/s/ Craig Ackermann*_____
Craig Ackermann (*pro hac vice*)
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035

INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien (*pro hac vice*)
2522 North Proctor Street #387
Tacoma, Washington 98406

KELLNER LAW GROUP PC
Richard L. Kellner
1180 South Beverly Drive, Suite 610
Los Angeles CA 90035

MAIER GUTIERREZ & ASSOCIATES
Joseph A. Gutierrez
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

_____*/s/ Lynne K. McChrystal*_____
Deverie J. Christensen, Bar No. 6596
Lynne K. McChrystal, Bar No. 14739
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Silsam, Inc. dba Rebel Party
Rentals*

## **ORDER**

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 8, 2021